TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re: : Chapter 7
: 
KOSSOFF PLLC, : Case No. 21-10699 (DSJ)
: 
                Debtor. :
: 
------------------------------------------------------------------ x
ALBERT TOGUT, Not Individually but Solely in His :
Capacity as Chapter 7 Trustee of the Estate of Kossoff :
PLLC, :
: Adv. Pro. No. 23-01080 (DSJ)
                Plaintiff, :
: 
      v. :
: 
BRUCE BARASKY, :
: 
              Defendant. :
: 
------------------------------------------------------------------ x

**STIPULATION AND ORDER**
**INITIATING PROCEEDING WITH DISTRICT COURT**

        This stipulation (the "Stipulation") is made by and between Albert Togut, not individually but solely in his capacity as Chapter 7 trustee (the "Plaintiff" or Trustee") of Kossoff PLLC, the above-captioned debtor, and Bruce Barasky ("Defendant"). The Plaintiff and Defendant shall be referred to herein individually as a "Party," and collectively, as the "Parties."

## RECITALS

**WHEREAS**, on April 3, 2023, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against Defendant in this Court by filing the *Complaint* [Adv. Pro. Docket No. 1], which asserted claims against Defendant pursuant to sections 547, 548, 550, and 502(d) of title 11 of the United States Code (collectively, the "Claims"); and

**WHEREAS**, on July 18, 2025, following a trial on the Claims, the Bankruptcy Court entered its *Post-Trial Memorandum and Decision*, which directed the Parties to (i) meet and confer regarding whether any further order of this Court is required to effectuate the Court's decision or for any other reason and (ii) file a joint letter (the "Joint Letter") stating whether the Parties believe any further order of this Court is required, and, if so, proposing an appropriate form of order [Docket No. 82] (the "Proposed Findings of Fact and Conclusions of Law"); and

**WHEREAS**, as a result of further negotiations and the desire to avoid the costs and risks of further litigation, the Parties have determined to resolve the remainder of their disputes regarding the Claims pursuant to the terms of a stipulation and order (the "District Court Stipulation") and proposed form of judgment (the "Proposed Judgment") to be submitted on consent to the District Court for the Southern District of New York (the "District Court"); and

**WHEREAS**, in accordance with the Proposed Findings of Fact and Conclusions of Law, the Parties have filed the Joint Letter.

## STIPULATION

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED**, by and between the Parties, intending to be legally bound, as follows:

1. The recitals set forth above are incorporated herein by reference.

2

2. The Parties waive their rights to service of the Proposed Findings of Fact and Conclusions of Law as otherwise required pursuant to Fed. R. Bankr. P. 9033(a).

3. The Parties waive their rights to object to the Proposed Findings of Fact and Conclusions of Law pursuant to Fed. R. Bankr. P. 9033(b) or any other applicable statute or rule in any proceeding before this Court or any other court of competent jurisdiction.

4. The Parties shall support the entry of the District Court Stipulation and the Proposed Judgment, and Defendant waives the right to appeal and/or seek relief from the District Court Stipulation and the Proposed Judgment.

5. The Parties' rights to make consensual amendments and/or revisions to the District Court Stipulation in advance of filing with the District Court is expressly reserved and not waived.

6. The Clerk of the Bankruptcy Court is authorized and directed to initiate a proceeding with the District Court (the "District Court Proceeding") and electronically transmit to the District Court, for filing in that case:

    a. the Proposed Findings of Fact and Conclusions of Law;

    b. the Joint Letter;

    c. this Stipulation; and the remainder of this Court's ECF docket in the Adversary Proceeding.

7. The Trustee's right to request the District Court's acceptance of the Proposed Findings of Fact and Conclusions of Law in the event Defendant does not enter into the District Court Stipulation within a reasonable time after the commencement of the District Court Proceeding is expressly reserved and not waived.

Dated: August 14, 2025

| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP | LAW OFFICE OF CURTIS A. HEHN |
| By: */s/Neil Berger*<br>    NEIL BERGER, ESQ.<br>    MINTA J. NESTER, ESQ.<br>    RONALD D. HOWARD, ESQ.<br><br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>neilberger@teamtogut.com<br>mnester@teamtogut.com<br>rhoward@teamtogut.com<br>Tel.: (212) 594-5000<br><br>*Attorneys for Albert Togut,*<br>*Not Individually but Solely in*<br>*His Capacity as Chapter 7 Trustee* | By: */s/Curtis Hehn*<br>    CURTIS A. HEHN, ESQ.<br>    *(admitted pro hac vice)*<br><br>1007 N. Orange St., 4th Floor<br>Wilmington, Delaware 19801<br>curtishehn@comcast.net<br>Tel.: (302) 757-3491<br><br>*Attorneys for Bruce Barasky* |

**IT IS SO ORDERED**

this 21st day of August 2025
in New York, New York

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE